# UNITED STATES DISTRICT COURT

Northern   District of   Texas at Fort Worth

| UNITED STATES OF AMERICA<br>V.<br><br>RODERICK LaKEITH HENDERSON | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
|  | W15CR012(1) | 4:15-MJ-015 |  |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
■ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)  ☐ Petition

charging a  18  U.S.C.  2 AND 1029(a)(3) and (c)(1)(a)(i)

**DISTRICT OF OFFENSE**
Western District of Texas/Waco

**DESCRIPTION OF CHARGES:**

Possession of fifteen or more counterfeit or unauthorized access devices; Aiding and abetting

*[FILED stamp: JAN 26 2015, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, By ___ Deputy]*

**CURRENT BOND STATUS:**
☐ Bail fixed at ___ and conditions were not met
☑ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
   Other (specify)

**Representation:**  ☐ Retained Own Counsel   ☑ Federal Defender Organization   ☐ CJA   ☐ None

**Interpreter Required?**  ■ No   ☐ Yes   Language: ___

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

January 26, 2015  _____
Date                Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT |
|---|---|---|
|  |  |  |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
|  |  |  |